# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
| v. | ) |
| Orlando Valenzuela-Torres, | ) Case No. 20-3147MJ |
| a.k.a.: Orlando Valenzuela, | ) |
| (A044 545 094) | ) |
| Defendant | ) |

DON
5-23-06

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of May 23, 2020, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Orlando Valenzuela-Torres an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about January 22, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

JENNIFER LAGRANGE
Digitally signed by JENNIFER LAGRANGE
Date: 2020.05.25 07:25:08 -07'00'

REVIEWED BY: AUSA Jennifer E. LaGrange for AUSA Emma Mark.

☒ Continued on the attached sheet.

BRIAN T FITZGERALD
Digitally signed by BRIAN T FITZGERALD
Date: 2020.05.25 07:31:48 -07'00'

_Complainant's signature_

Brian Fitzgerald,
Deportation Officer
_Printed name and title_

Sworn to me telephonically

Date: May 25, 2020

M Morrissey

_Official's signature_

City and state: Phoenix, Arizona

Michael T. Morrissey,
United States Magistrate Judge
_Printed name and title_

## STATEMENT OF PROBABLE CAUSE

I, Brian Fitzgerald, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer, with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On May 23, 2020, Orlando Valenzuela-Torres was booked into the Maricopa County Jail (MCJ) by the Maricopa County Sheriff's Office on local charges. While incarcerated at the MCJ, Valenzuela-Torres was examined by ICE Officer Chamorro who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On May 23, 2020, Valenzuela-Torres was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Valenzuela-Torres was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Orlando Valenzuela-Torres to be a citizen of Mexico and a previously deported criminal alien. Valenzuela-Torres was removed from the United States to Mexico through Calexico, California, on or about January 22, 2016, pursuant to an order of removal issued by an immigration Judge. There is

1

no record of Valenzuela-Torres in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Valenzuela-Torres' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Orlando Valenzuela-Torres was convicted of Aggravated Driving or Actual Physical Control While Under the Influence of Intoxicating Liquor or Drugs, a felony offense, on March 19, 2014, in the Superior Court of Arizona, Maricopa County Valenzuela-Torres was sentenced to four (4) months imprisonment and three (3) years of probation. Valenzuela-Torres' criminal history was matched to him by electronic fingerprint comparison.

5. On or about May 23, 2020, Orlando Valenzuela-Torres was advised of his constitutional rights. Valenzuela-Torres freely and willingly acknowledged his rights and declined to make a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about May 23, 2020, Orlando Valenzuela-Torres, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about January 22, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

7. This affidavit was sworn telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

BRIAN T FITZGERALD
Digitally signed by BRIAN T FITZGERALD
Date: 2020.05.25 07:34:22 -07'00'

Brian Fitzgerald,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to telephonically
this 25th day of May, 2020.

M Morrissey

Michael T. Morrissey,
United States Magistrate Judge

3